AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| DANA L. MCINTYRE | ) | 21-5174-JGD |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  March to May 2020  in the county of  Essex  in the
District of  Massachusetts , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1343 | wire fraud |
| 18 U.S.C. § 1957 | money laundering |

This criminal complaint is based on these facts:

See attached Affidavit of FBI Special Agent Adam Boynton.

☑ Continued on the attached sheet.

*Complainant's signature*

Special Agent Adam Boynton, FBI
*Printed name and title*

**Telephonically**
Sworn to before me ~~and signed in my presence.~~

Date: **May 3, 2021**

*Judge's signature*

City and state: **Boston, Massachusetts**    Hon. Judith G. Dein, U.S. Magistrate Judge
*Printed name and title*